UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES        ) | |
| )                    | |
| v.                   ) | CR 07-348 (RCL) |
| )                    | |
| JOSEPH A. COVELLI    ) | |
| )                    | |
| **Defendant.**       ) | |

### JOINT MOTION TO CONTINUE INITIAL APPEARANCE AND PLEA HEARING

The United States of America, through its attorney, the United States Attorney's Office for the District of Columbia, and Defendant Joseph Covelli, through counsel, hereby file this motion to continue the initial appearance and plea hearing in the case captioned above. In support of this motion, the parties advise the Court as follows:

1. On December 17, 2007, the United States filed a criminal information charging Defendant Joseph Covelli with one count of violating 18 U.S.C. § 1030(a)(4). Defendant intends to plead guilty to the charge in the information on the date of the initial appearance.

2. The parties have been advised that the Court has scheduled the initial appearance and plea hearing in this matter for December 19, 2007.

3. To allow sufficient time for the parties to prepare for the hearing (taking the intervening federal holidays into account), and to allow Defendant time to travel to the jurisdiction from his home in New York, the parties jointly request that the initial appearance and plea hearing be rescheduled to January 4, 2008, at 2:00 pm. The parties' understanding is that the requested date and time is available on the Court's calendar.

WHEREFORE, the parties jointly request that this Court grant the parties' motion to continue the initial appearance and plea hearing in this case to January 4, 2008 at 2:00 pm. A proposed order is attached for the Court's review.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney

                    /s/ Geoffrey Carter
                    GEOFFREY CARTER (D.C. Bar No. 460-971)
                    Assistant United States Attorney
                    555 Fourth Street, N.W., Room 5233
                    Washington, D.C. 20530
                    (202) 353-2457 (phone)
                    (202) 307-2304 (facsimile)
                    geoffrey.carter2@usdoj.gov
                    (Counsel for United States)


                    /s/ Geoffrey Carter (for Pamela Stuart)
                    PAMELA STUART, ESQ. (D.C. Bar No. 220-236)
                    1750 N St., NW
                    Washington, DC 20036
                    (202) 835-2200 (phone)
                    (202) 835-2202 (facsimile)
                    pamstuart@aol.com
                    (Counsel for Defendant)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2007, a copy of the foregoing pleading was served via e-mail to counsel for Defendant, Pamela Stuart, Esq., 1750 N St., NW, Washington, DC 20036; pamstuart@aol.com.

                                  /s/ Geoffrey Carter
                                  ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**          ) | |
|                            ) | |
|     **v.**                 ) | **CR 07-348 (RCL)** |
|                            ) | |
| **JOSEPH A. COVELLI**      ) | |
|                            ) | |
|     **Defendant.**         ) | |

**ORDER**

Upon consideration of the parties' joint motion to continue the initial appearance and plea hearing in the case captioned above, and for good cause shown, it is hereby

**ORDERED** that the parties' motion is **GRANTED**. As requested by the parties, the initial appearance and plea hearing in this case shall be continued until January 4, 2008, at 2:00 p.m..

**SO ORDERED**, this _____ day of December, 2007.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:   Geoffrey L.J. Carter
             Assistant United States Attorney
             Fraud & Public Corruption Section
             555 4th Street NW, Fifth Floor
             Washington, D.C.  20530
             Fax: (202) 307-2304
             E-mail: geoffrey.carter2@usdoj.gov

             Pamela Stuart, Esq.
             1750 N St., NW
             Washington, DC 20036
             Fax: (202) 835-2202
             E-Mail: pamstuart@aol.com