UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CR 07-348 (RCL) |
| | ) | |
| JOSEPH A. COVELLI | ) | |
| | ) | |
| Defendant. | ) | |

FILED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the parties' joint motion to continue the initial appearance and plea hearing in the case captioned above, and for good cause shown, it is hereby

**ORDERED** that the parties' motion is **GRANTED**. As requested by the parties, the initial appearance and plea hearing in this case shall be continued until January 4, 2008, at 2:00 p.m..

**SO ORDERED**, this __19th__ day of December, 2007.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:   Geoffrey L.J. Carter
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street NW, Fifth Floor
Washington, D.C. 20530
Fax: (202) 307-2304
E-mail: geoffrey.carter2@usdoj.gov

Pamela Stuart, Esq.
1750 N St., NW
Washington, DC 20036
Fax: (202) 835-2202
E-Mail: pamstuart@aol.com