United States District Court
for the District of Columbia

FILED

JAN - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

JOSEPH ANTHONY COVELLI

CASE NUMBER:   CR 07-348

I,   JOSEPH ANTHONY COVELLI          the above named defendant, who is accused of
:

18:1030(A)(4); Fraud and Related Activity in Connection With Computers.

being advised of the nature of the charge, the proposed information, and of my rights, hereby

waive in open court on **1/4/2008**     prosecution by indictment and consent that the

proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court