UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>)<br>**v.** )<br>)<br>**JOSEPH A. COVELLI** )<br>)<br>**Defendant.** ) | CR 07-348 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Steven Durham will serve as counsel of record on behalf of the United States in all future proceedings in the above-captioned case. Assistant United States Attorney Geoffrey Carter is leaving the United States Attorney's Office for other employment, and thus should be removed from the docket in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

  /s/ Steven Durham
STEVEN DURHAM
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorneys
555 Fourth Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 514-8316 (AUSA Durham)
(202) 353-2457 (AUSA Carter)
(202) 307-2304 (fax)
Steven.Durham@usdoj.gov
Geoffrey.Carter2@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2008, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Defendant, Pamela Stuart, Esq., 1750 N St., NW, Washington, DC 20036; pamstuart@aol.com.

/s/ Steven Durham
ASSISTANT UNITED STATES ATTORNEY