UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-348 (RCL) |
| ) | |
| JOSEPH A. COVELLI ) | |
| ) | |
| Defendant. ) | |
| ) | |

FILED
AUG - 6 2008
Clerk, U.S. District and Bankruptcy Courts

### ORDER

Having received the memorandum from Chief United States Probation Officer Garoppolo dated August 6, 2008, it is hereby

ORDERED that the Court's approval of defendant's travel request to the Bahamas from August 9 through August 16, 2008 is rescinded. Officer Garoppolo's memorandum makes clear that defendant's letter to the Court received July 9, 2008 misrepresented the facts surrounding his intended trip. Specifically, defendant failed to disclose that his probation officer had denied travel authorization because Atlantis Resort contains a casino. This rationale is contrary to defendant's statement that the denial was due to: (1) transfer of his case to a new caseworker, and (2) his unemployment.

SO ORDERED.

_____        _8/6/08_____
Chief Judge Royce C. Lamberth                Date